IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-1704-AP**

**DEBRA K. OVERHOLT,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF TRANSFER

Kane, J.

This matter is before the court on Defendant's Unopposed Motion for Change of Venue. The motion is GRANTED. This case is TRANSFERRED to the United States District Court for the District of Georgia.

Dated this 9th day of November, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court